# CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: Michael Robert Osborn | JUVENILE: No |
| DEFENSE ATTORNEY: | |
| Address: | PUBLIC or SEALED: Public |
| | SERVICE TYPE: Warrant |
| | (Summons or Warrant or Notice (if Superseding)) |
| Telephone No.: | ISSUE: Yes |
| INVESTIGATIVE AGENT: Erick Akers | INTERPRETER: No |
| Telephone No.: (208) 685-6656 | If YES, language: |
| AGENCY: Bureau of Immigration & Customs Enforcement (ICE) | |
| CASE INFORMATION: CR 21-158 -S DCN | RELATED COMPLAINT: CASE NUMBER: |

*Stamp: U.S. COURTS JUN 15 2021 Rcvd____ Filed____ Time____ STEPHEN W. KENYON CLERK, DISTRICT OF IDAHO*

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: Indictment

| | | | |
|---|---|---|---|
| Felony: | Yes | County of Offense: | Ada |
| Class A Misdemeanor: | No | Estimated Trial Time: | 5 days |
| Class B or C Misdemeanor: (Petty Offense) | No | | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 21 U.S.C. § 841(a)(1), (b)(1)(C), and 846 | ONE | Conspiracy to Distribute Controlled Substances | Up to 20 years in prison; up to $1,000,000 fine; at least 3 years of supervised release; $100 special assessment |
| 18 U.S.C. § 1956 | TWO | Conspiracy to Commit Money Laundering | Up to 20 years imprisonment; $500,000 fine or twice the value of the property involved in transaction; up to five years supervised release; $100 Special Assessment |
| 21 U.S.C. § 853 | FORFEITURE ALLEGATION | Drug Forfeiture | Forfeiture Allegation |
| 18 U.S.C. § 982(a)(1) | FORFEITURE ALLEGATION | Money Laundering | Forfeiture Allegation |

Date: 15 June 2021       Assistant U.S. Attorney: CHRISTOPHER S. ATWOOD *CSA*
                         Telephone No.: (208) 334-1211

# CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: Laura Denise Russell | JUVENILE: No |
| DEFENSE ATTORNEY: Mark Ackley | |
| Address: 702 W. Idaho, Ste. 1000, Boise, ID 83702 | PUBLIC or SEALED: Public |
| | SERVICE TYPE: Summons (Summons or Warrant or Notice (if Superseding)) |
| Telephone No.: (208) 331-5500 | ISSUE: Yes |
| INVESTIGATIVE AGENT: Erick Akers | INTERPRETER: No |
| Telephone No.: (208) 685-6656 | If YES, language: |
| AGENCY: Bureau of Immigration & Customs Enforcement (ICE) | |
| CASE INFORMATION: CR 21-158 -S DCN | RELATED COMPLAINT: CASE NUMBER: |

U.S. COURTS
JUN 15 2021
Rcvd____Filed____Time____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: Indictment

| | | | |
|---|---|---|---|
| Felony: | Yes | County of Offense: | Ada |
| Class A Misdemeanor: | No | Estimated Trial Time: | 5 days |
| Class B or C Misdemeanor: (Petty Offense) | No | | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 21 U.S.C. § 841(a)(1), (b)(1)(C), and 846 | ONE | Conspiracy to Distribute Controlled Substances | Up to 20 years in prison; up to $1,000,000 fine; at least 3 years of supervised release; $100 special assessment |
| 18 U.S.C. § 1956 | TWO | Conspiracy to Commit Money Laundering | Up to 20 years imprisonment; $500,000 fine or twice the value of the property involved in transaction; up to five years supervised release; $100 Special Assessment |
| 21 U.S.C. § 853 | FORFEITURE ALLEGATION | Drug Forfeiture | Forfeiture Allegation |
| 18 U.S.C. § 982(a)(1) | FORFEITURE ALLEGATION | Money Laundering | Forfeiture Allegation |

Date: 15 June 2021        Assistant U.S. Attorney: CHRISTOPHER S. ATWOOD CSA
Telephone No.: (208) 334-1211

# CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: Troy Thomas Wheeler | JUVENILE: No |
| DEFENSE ATTORNEY: | |
| Address: | PUBLIC or SEALED: Public |
| | SERVICE TYPE: Warrant |
| | (Summons or Warrant or Notice (if Superseding)) |
| Telephone No.: | ISSUE: Yes |
| INVESTIGATIVE AGENT: Erick Akers | INTERPRETER: No |
| Telephone No.: (208) 685-6656 | If YES, language: |
| AGENCY: Bureau of Immigration & Customs Enforcement (ICE) | CR 21 158 -S DCN |
| CASE INFORMATION: | RELATED COMPLAINT: CASE NUMBER: |

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: Indictment

| | | | |
|---|---|---|---|
| Felony: | Yes | County of Offense: | Ada |
| Class A Misdemeanor: | No | Estimated Trial Time: | 5 days |
| Class B or C Misdemeanor (Petty Offense): | No | | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 21 U.S.C. § 841(a)(1), (b)(1)(C), and 846 | ONE | Conspiracy to Distribute Controlled Substances | Up to 20 years in prison; up to $1,000,000 fine; at least 3 years of supervised release; $100 special assessment |
| 21 U.S.C. § 853 | FORFEITURE ALLEGATION | Drug Forfeiture | Forfeiture Allegation |
| 18 U.S.C. § 982(a)(1) | FORFEITURE ALLEGATION | Money Laundering | Forfeiture Allegation |

Date: 15 June 2021          Assistant U.S. Attorney: CHRISTOPHER S. ATWOOD CSA
                            Telephone No.: (208) 334-1211

# CRIMINAL COVERSHEET

| | | | |
|---|---|---|---|
| DEFENDANT'S NAME: | Angela Marie Klinkhamer | JUVENILE: | No |
| DEFENSE ATTORNEY: | | | |
| Address: | | PUBLIC or SEALED: | Public |
| | | SERVICE TYPE: (Summons or Warrant or Notice (if Superseding)) | Warrant |
| Telephone No.: | | ISSUE: | Yes |
| INVESTIGATIVE AGENT: | Erick Akers | INTERPRETER: | No |
| Telephone No.: | (208) 685-6656 | If YES, language: | |
| AGENCY: | Bureau of Immigration & Customs Enforcement (ICE) | | |

U.S. COURTS
JUN 15 2021
Rcvd____ Filed____ Time____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

| CASE INFORMATION: CR 21-158 -S DCN | RELATED COMPLAINT: CASE NUMBER: |
|---|---|

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: Indictment

| | | | |
|---|---|---|---|
| Felony: | Yes | County of Offense: | Ada |
| Class A Misdemeanor: | No | Estimated Trial Time: | 5 days |
| Class B or C Misdemeanor: (Petty Offense) | No | | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 21 U.S.C. § 841(a)(1), (b)(1)(C), and 846 | ONE | Conspiracy to Distribute Controlled Substances | Up to 20 years in prison; up to $1,000,000 fine; at least 3 years of supervised release; $100 special assessment |
| 18 U.S.C. § 1956 | TWO | Conspiracy to Commit Money Laundering | Up to 20 years imprisonment; $500,000 fine or twice the value of the property involved in transaction; up to five years supervised release; $100 Special Assessment |
| 21 U.S.C. § 853 | FORFEITURE ALLEGATION | Drug Forfeiture | Forfeiture Allegation |
| 18 U.S.C. § 982(a)(1) | FORFEITURE ALLEGATION | Money Laundering | Forfeiture Allegation |

Date: 15 June 2021         Assistant U.S. Attorney: CHRISTOPHER S. ATWOOD CSA
                           Telephone No.: (208) 334-1211