UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br>v.<br><br>MICHAEL ROBERT OSBORN,<br><br>               Defendant. | Case No. 1:21-cr-00158-DCN<br><br>**ORDER APPOINTING CJA COUNSEL** |

Because the above-named has testified under oath or has otherwise satisfied the court that he is financially unable to employ counsel and does not wish to waive counsel, and because the interests of justice so require,

IT IS HEREBY ORDERED that Rob Lewis attorney for the District of Idaho is appointed to represent this defendant in these proceedings.

DATED: July 21, 2021

_____
David C. Nye
Chief U.S. District Court Judge