IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

UNITED STATES OF AMERICA

vs.

MICHAEL ROBERT OSBORN,

Case No.: 1:21-cr-00158-DCN

**APPLICATION FOR WRIT OF HABEAS CORPUS**

The undersigned Assistant United States Attorney for the District of Idaho hereby makes application to the Court for the issuance of a Writ of Habeas Corpus:

(✓) ad Prosequendum                              () ad Testificandum

Name of Detainee:  Michael Robert Osborn #69712

Custodian: IDOC house at Saguaro Correctional Center      City:  Eloy       State: Arizona

Detainee is:  (✓) charged in this District by Indictment
                        or
                () is a witness not otherwise available by the ordinary process of the Court.

Appearance is necessary on:  August 24, 2021 at 10:30 a.m. courtroom 6 in Boise.

Before:   Judge Candy W. Dale
                 (Judicial Officer)

Dated:  July 20, 2021

*/s/ Christopher S. Atwood*
_____
CHRISTOPHER S. ATWOOD
Assistant United States Attorney


Writ of Habeas Corpus

(✓) ad Prosequendum                              () ad Testificandum

The application is GRANTED and the above-named custodian, as well as the U.S. Marshal for this district, is hereby ORDERED to produce the named detainee on the date and time listed above, and for any further proceedings to be held in this cause.  At the conclusion of these proceedings, the U.S. Marshal shall return the detainee to the above-named custodian.

Dated:  July 20, 2021
_____

_____
CANDY W. DALE
Chief United States Magistrate Judge