# UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA | *WARRANT FOR ARREST* |
| v. | |
| MICHAEL ROBERT OSBORN | 1:21-CR-158-DCN |

To: The United States Marshal
and any Authorized United States Officer


**RECEIVED**
*By United States Marshals Service at 9:16 am, Jun 17, 2021*

YOU ARE HEREBY COMMANDED to arrest **MICHAEL ROBERT OSBORN** and bring forthwith to the nearest magistrate judge to answer a **INDICTMENT** charging with the below listed violations.

21 U.S.C. §841(a)(1),(b)(1)(C), and 846 – CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCES

18 U.S.C. §1956 – CONSPIRACY TO COMMIT MONEY LAUNDERING


United States Courts
District of Idaho
**ISSUED**
*Annie Williams*
*on Jun 16, 2021 10:36 am*

| | |
|---|---|
| <u>Annie Williams, Deputy Clerk</u> | <u>June 16, 2021</u> |
| Name and Title of Issuing Officer | Date |

---

**RETURN**

---

This warrant was received <u>06.17.21</u> and executed with the arrest of the above-name individual at _____.

__Subject was taken into USMS custody from Saguaro Correctional Center/IDOC via Writ__

| | |
|---|---|
| _____ | _____08.18.21_____ |
| Signature of Arresting Officer | Date of Arrest |

_____
Name & Title of Arresting Officer