Katherine Ball
KATIE BALL, PLLC
P.O. Box 465
Eagle, Idaho 83616
Telephone:  (208) 870-8072
Email: katieballpllc@gmail.com
Idaho State Bar No. 6666

Attorney for Defendant

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ANGELA MARIE KLINKHAMER, <br><br> Defendant. | Case No. 1:21-cr-0158-S-DCN <br><br> **UNOPPOSED MOTION TO CONTINUE TRIAL AND EXTEND PRETRIAL MOTIONS DEADLINES** |

Defendant Angela Klinkhamer, through her attorney of record, Katherine Ball, asks this Court to extend the pretrial motion deadlines and to continue the pretrial conference and trial for at least seventy-five (75) days, pursuant to 18 U.S.C. § 3161. *See also* Procedural Order (D. Idaho General Order No. 319); Fed. R. Crim. P. 12 & 45. This is her first requested continuance, although the Court has continued the trial and trial readiness conference one time previously. Order (Dkt. 47). None of the co-defendants, their attorneys, or the United States Attorney object to the requested continuance. Ball Declr. ¶¶ 4-5. Good cause to grant this motion exists

for the reasons set forth in the Declaration of Katherine Ball and explained briefly below.

The Indictment (Dkt. 1) was filed on June 15, 2021, Ms. Klinkhamer was arraigned on August 4, 2021, and the initial round of discovery was provided to counsel on August 30, 2021.   That discovery included 5,741 Bates numbered documents.   Ball Declr. ¶ 3.   Less than a week ago, on October 22, 2021, the Government provided another 1,879 documents that had gone through a privilege review. *Id.*   More AV materials should arrive by Federal Express in a third discovery production to defense counsel this week. *Id.*

In short, counsel needs additional time to review the new discovery with her client before the presently-schedule November 15 trial to ensure that Ms. Klinkhamer receives thorough and effective assistance of counsel.   Ball Declr. ¶ 6. The presently scheduled court proceedings are:

- November 2, 2021:  Trial readiness conference is scheduled at 4:00 p.m.
- November 15, 2021:  Trial is scheduled to begin at 1:30 p.m.

(Dkt. 47).

The deadlines for pretrial motions was October 1, 2021 and that for motions in limine was October 16, 2021. *Id.*   Counsel did not have all the discovery before these deadlines and asks that they also be extended.

Ms. Klinkhamer understands her rights under the Speedy Trial Act and requests that the Court find a continuance constitutes excludable time under the Act. Ball Declr. ¶ 7. Any delay should be excludable from the speedy trial deadline calculations because refusal to grant a continuance under the circumstances described below would "deny counsel for the defendant . . . the reasonable time necessary for effective preparation . . . ." 18 U.S.C. § 3161(h)(7)(B)(iv). Counsel submits that the interests of justice, in allowing time for counsel to effectively prepare, outweigh Ms. Klinkhamer' s, her co-defendants', and the public's interest in a speedy trial under 18 U.S.C. § 3161(h)(7)(A). Accordingly, Ms. Klinkhamer requests that the Court find the time between the present trial date and the new trial date is excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7)(A) & (B); D. Idaho General Order No. 360 ("All time delay caused by the continuation of any such trial in a criminal case is deemed excludable time under the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(A) because the ends of justice served by ordering these continuances outweighs the best interest of the public and each defendant's right to speedy trial.").


/ / /

For all these reasons, Ms. Klinkhamer respectfully requests this Court grant her motion and extend the pretrial motions deadlines and continue the trial readiness conference and the trial by at least seventy-five (75) days.

DATED:  October 27, 2021.

By:  /s/_____
Katherine Ball
Counsel for Defendant

# CERTIFICATE OF SERVICE

I certify that on October 27, 2021, I served a true and correct copy of the foregoing document upon the following by the method of delivery designated:

Christopher S. Atwood                               *Via CM/ECF*
United States Attorney's office
1290 West Myrtle Street, Suite 500
Boise, ID 83702
(208) 334-1049
Fax: (208) 334-1413
Email: Christopher.Atwood@usdoj.gov


By:   /s/_____
      Katherine Ball