Katherine Ball
KATIE BALL, PLLC
P.O. Box 465
Eagle, Idaho 83616
Telephone:  (208) 870-8072
Email: katieballpllc@gmail.com
Idaho State Bar No. 6666

Attorney for Defendant

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANGELA MARIE KLINKHAMER,<br><br>Defendant. | Case No. 1:21-cr-0158-S-DCN<br><br>**DECLARATION OF COUNSEL RE: UNOPPOSED MOTION TO CONTINUE TRIAL AND EXTEND PRETRIAL MOTIONS DEADLINES** |

I, Katherine Ball, state

1. I am an attorney licensed to practice in the state of Idaho, in the United States District Court for the District of Idaho, and the Ninth Circuit Court of Appeals.

2. This Court appointed me to represent Ms. Klinkhamer in this case on July 13, 2021.

3. Shortly thereafter, I began the process of connecting with my client and trying to obtain discovery.  The Government provided BATES numbers

DECLARATION RE: MOTION TO CONTINUE & EXTEND (KLINKHAMER) – 1

000001 to 005741 on August 30, 2021. The Assistant United States Attorney explained to me that other documents needed to go through a privilege review before production. On October 22, 2021, the Government provided counsel with BATES numbers 006742 to 007621 and advised that it would be sending additional AV materials on a flash drive through Federal Express the week of October 25.

4. The undersigned communicated with Assistant United States Attorney Christopher Atwood about the need for a continuance on more than one occasion and he stated each time that he has no objection.

5. The undersigned communicated with defense counsel for all three of the named co-defendants in this case and they all join in this request for a continuance.

6. Counsel asks for a continuance of at least seventy-five (75) days to allow all defense counsel to review and consider the new discovery and ensure their clients have the opportunity to review it. This additional time is necessary to provide our clients with effective representation.

7. I also communicated with my client, and she understands her Speedy Trial rights and has no objection to the requested continuance.

DECLARATION RE: MOTION TO CONTINUE & EXTEND (KLINKHAMER) – 2

8. I declare, certify, verify, and state under penalty of perjury that the foregoing is true and correct.

DATED: October 27, 2021.

By: /s/_____
Katherine Ball
Counsel for Defendant

## CERTIFICATE OF SERVICE

I certify that on October 27, 2021, I served a true and correct copy of the foregoing document upon the following by the method of delivery designated:

Christopher S. Atwood
United States Attorney's office
1290 West Myrtle Street, Suite 500
Boise, ID 83702
(208) 334-1049
Fax: (208) 334-1413
Email: Christopher.Atwood@usdoj.gov

*Via CM/ECF*

By: /s/_____
Katherine Ball

DECLARATION RE: MOTION TO CONTINUE & EXTEND (KLINKHAMER) – 3