RAFAEL M. GONZALEZ, JR.
UNITED STATES ATTORNEY
ERIN C. BLACKADAR, IDAHO STATE BAR NO. 8996
SPECIAL ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
1290 WEST MYRTLE STREET, SUITE 500
BOISE, ID 83702-7788
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-1413

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00158-DCN |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE OF CO-COUNSEL** |
| MICHAEL ROBERT OSBORN, LAURA DENISE RUSSEL, TROY THOMAS WHEELER, AND ANGELA MARIE KLINKHAMER, | |
| Defendant. | |

The United States of America, by and through Rafael M. Gonzalez, Jr., United States Attorney, and the undersigned Special Assistant United States Attorney for the District of Idaho, hereby appears as co-counsel for the plaintiff, in the above captioned action, and requests that all further papers and pleadings herein be served upon the undersigned attorney at the above address or electronically to erin.blackadar.@usdoj.gov.

NOTICE OF APPEARANCE OF CO-COUNSEL- 1

Respectfully submitted this 13th day of January, 2022.

                RAFAEL M. GONZALEZ, JR.,
                UNITED STATES ATTORNEY
                By:

                */s/ Erin C. Blackadar*
                ERIN C. BLACKADAR
                Special Assistant United States Attorney

NOTICE OF APPEARANCE OF CO-COUNSEL- 2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 13, 2022, the foregoing **NOTICE OF APPEARANCE OF CO-COUNSEL** was electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy was served on the following parties or counsel by:

| | |
|---|---|
| Rob S. Lewis<br>913 W. River Street, Ste. 430<br>Boise, ID 83702 | ☐ United States Mail, postage prepaid<br>☐ Fax<br>☒ ECF filing<br>☐ E-mail |
| Debra Groberg<br>Nevin, Benjamin, & McKay LLP<br>303 West Bannock<br>Boise, ID 83701 | ☐ United States Mail, postage prepaid<br>☐ Fax<br>☒ ECF filing<br>☐ E-mail |
| Jay J. Kiiha<br>White, Peterson, Gigray & Nichols, PA<br>5700 E. Franklin Road, Ste. 200<br>Nampa, ID 83687 | ☐ United States Mail, postage prepaid<br>☐ Fax<br>☒ ECF filing<br>☐ E-mail |
| Katherine C. Ball<br>Katie Ball PLLC<br>PO Box 465<br>Eagle, ID 83616 | ☐ United States Mail, postage prepaid<br>☐ Fax<br>☒ ECF filing<br>☐ E-mail |

*/s/Laura Rodriguez*
Legal Assistant