ROB S. LEWIS
ATTORNEY AT LAW
913 W. RIVER STREET, STE. 430
BOISE, IDAHO 83702
P.O. BOX 1061
BOISE, IDAHO 83701
TELEPHONE (208) 395-0667
FACSIMILE (208) 338-1273
IDAHO STATE BAR #4848 office@roblewislaw.com

*Attorney for Defendant, Michael Osborn*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff<br>vs.<br><br>MICHAEL OSBORN,<br><br>  Defendant. | CASE NO. 1:21-CR-00158<br><br>UNOPPOSED MOTION TO VACATE AND CONTINUE JURY TRIAL |

COMES NOW, MICHAEL OSBORN, by and through his attorney of record, Rob S. Lewis and hereby motions this Court for its Order continuing the Jury Trial for at least ninety (90) days and motions deadline for all Defendants in the above-referenced matter. Jury Trial is currently scheduled to begin on May 16, 2022. This Motion is based upon the following grounds:

1. The government has indicated that more discovery is forthcoming.

2. None of the co-defendants and their attorneys object to the continuance;

3. The Defendant consents to the continuance;

4. The government was contacted and they do not object to the continuance;

5. Jay Kiiha and Rob Lewis both have USA v. Babichenko trail starting May 18, 2022. This

**UNOPPOSED MOTION TO VACATE AND RESET JURY TRIAL - 1**

trial is expected to last for approximately ten (10) weeks.

A continuance of approximately **ninety (90) days** from the present trial setting of May 16, 2022 would be reasonable and necessary, and necessary for counsel to provide constitutionally effective assistance of counsel, given the complexities of this case, the fact that large amounts of discovery have been disclosed by the government.

A continuance is warranted under 18 U.S.C. § 3161 (h)(7)(B)(iv) which authorizes a finding of excludable time when the refusal to grant a continuance would "deny counsel for the defendant the reasonable time necessary for effective preparation…" Under these circumstances, the interests of justice in allowing the defense time for effective preparation outweighs the Defendant's and the public's interest in a speedy trial under 18 U.S.C. § 3161 (h)(8)(A).

Defendants also request a continuance of the Motions Deadline, on the same grounds as set forth above.

RESPECTFULLY SUBMITTED this 31st day of March, 2022.

                                                                              */s/Rob S. Lewis*
                                                                              Attorney for Defendant

CERTIFICATE OF MAILING

    I, Rob S. Lewis, HEREBY CERTIFY that on the 30th day of March 2022, I caused to be served a true and correct copy of the foregoing by the method indicated below, and addressed to the following:

| | |
|---|---|
| Assistant United States Attorney<br>Washington Group Plaza IV<br>800 Park Blvd., Suite 600<br>Boise, Idaho 83712 | ☐ U.S. Mail<br>☒ ECF Notification<br>☐ Overnight Mail<br>☐ Telecopy (Fax) |

/s/Rob S. Lewis
Attorney for Defendant

**UNOPPOSED MOTION TO VACATE AND RESET JURY TRIAL - 3**