Rob S. Lewis  ISB#4848
Attorney at Law
913 W. River Street, Ste. 430
Boise, ID 83702
(208) 395-0667
Email: office@roblewislaw.com

**Attorney For Defendant MICHAEL ROBERT OSBORN**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | CASE NO.  1:21-cr-00158-DCN |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **MOTION FOR APPOINTMENT** |
| **MICHAEL ROBERT OSBORN,** | ) | **OF CO-COUNSEL** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant Michael Robert Osborn, through his attorney of record, Rob S. Lewis, moves the Court for its order appointing co-counsel, and specifically CJA panel attorney Paul E. Riggins, for Mr. Lewis on Mr. Osborn's behalf.

This motion is based on the Declaration of Rob S. Lewis filed along with this motion.

RESPECTFULLY SUBMITTED this 16th day of June, 2022.

/s/ Rob S. Lewis
ROB S. LEWIS
CJA Appointed Counsel

MOTION FOR APPOINTMENT OF CO-COUNSEL - 1

## CERTIFICATE OF SERVICE

      I hereby certify that on the 16th day of June, 2022, I filed the foregoing document via the Court's CM/ECF electronic filing system, which automatically served a Notice of Electronic Filing to:

Christopher S. Atwood, Assistant U.S. Attorney
United States Attorney's Office
1290 West Myrtle Street, Suite 500
Boise, ID  83702-7788
christopher.atwood@usdoj.gov

                                              /s/ Paul E. Riggins
                                              Paul E. Riggins