**Rob S. Lewis  ISB#4848**
**Attorney at Law**
**913 W. River Street, Ste. 430**
**Boise, ID 83702**
**(208) 395-0667**
**Email: office@roblewislaw.com**

**Attorney For Defendant MICHAEL ROBERT OSBORN**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **CASE NO.  1:21-cr-00158-DCN** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **DECLARATION OF ROB S. LEWIS** |
| | ) | **IN SUPPORT OF** |
| **MICHAEL ROBERT OSBORN,** | ) | **MOTION FOR** |
| | ) | **APPOINTMENT OF CO-COUNSEL** |
| **Defendant.** | ) | |
| | ) | |

ROB S. LEWIS makes the following Declaration pursuant to 28 U.S.C. §1746:

1. I am an attorney licensed to practice in the State of Idaho, in the United States District Court for the District of Idaho, in the Ninth Circuit Court of Appeals, and in the United States Supreme Court.

2. I was appointed counsel for Mr. Osborn pursuant to the Criminal Justice Act on or about July 21, 2021.

3. <u>Need for co-counsel</u>: This is a 4-defendant case which is complex in nature.

**DECLARATION OF ROB S. LEWIS IN SUPPORT**
**OF MOTION FOR APPOINTMENT OF CO-COUNSEL - 1**

The case involves a international investigation involving numerous persons and a substantial amount of evidence. The charges were alleged to have occurred while the defendant was incarcerated. The government has alleged approximately sixteen international controlled substance deliveries. The evidence consists of over 100 gigabytes of data, documents and information, with hundreds of jail phone call audio files, and tens of thousands of pages of social media entries. The money laundering charges involve the use of cryptocurrency, which complicates the financial issues involved in this case. The tracing of alleged proceeds is complex in nature. Over one thousand pages of additional files are pending a filter team review and potential release. The government recently disclosed over 350 recorded phone calls. Additional discovery is likely forthcoming.

4.      The case also involves complex legal issues, such as whether the defendant's prior record subjects him to career criminal enhancements and/or sentencing enhancements, and conspiracy principles.

5.      **It is expected that this case will proceed to jury trial**, increasing the need for the assistance of co-counsel. If the defendant is convicted at trial, he is facing a substantial prison sentence, which will raise issues of whether the federal sentence would run consecutive to or concurrent with his state court sentence.

6.      During my representation of Mr. Osborn and based upon the above information, I have found it necessary to retain another attorney to assist me with the defense.  I believe that the assistance of co-counsel is necessary to effectively and competently represent Mr. Osborn.

**DECLARATION OF ROB S. LEWIS IN SUPPORT
OF MOTION FOR APPOINTMENT OF CO-COUNSEL - 2**

7.    <u>Specific request for Paul E. Riggins</u>: I have discussed this case at length with **Paul E. Riggins**, a licensed and bar-certified criminal defense attorney who agreed to work as co-counsel in this case. As a result, he is familiar with the basic allegations, evidence and procedural status of the case.

8.    <u>Mr. Riggins' credentials</u>: Mr. Riggins is a 27-year criminal defense practitioner, has been a member of the CJA panel since approximately 2001, and has jury trial experience in the state and federal courts of Idaho. Mr. Riggins is admitted to practice in the District of Idaho, the Ninth Circuit Court of Appeals and the United States Supreme Court.

9.    <u>Anticipated duties</u>: If brought on as co-counsel, I will ask Mr. Riggins to assist in client communications and preparation, evidence review and analysis, legal research and motion practice, witness investigation and meetings, jury trial preparation, and the actual jury trial.

10.    <u>Rate of pay</u>: I am requesting that Mr. Riggins' rate of pay be set at the standard CJA rate of $158/hour

11.    <u>Request for *nunc pro tunc* appointment date</u>: I am requesting that his appointment be made effective *nunc pro tunc* to June 15, 2022, when he began reviewing this case with me.

**DECLARATION OF ROB S. LEWIS IN SUPPORT
OF MOTION FOR APPOINTMENT OF CO-COUNSEL - 3**

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed on June 16th, 2022.**

/s/ Rob S. Lewis
ROB S. LEWIS
CJA Appointed Counsel

CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of June, 2022, I filed the foregoing document via the Court's CM/ECF electronic filing system, which automatically served a Notice of Electronic Filing to:

Christopher S. Atwood, Assistant U.S. Attorney
United States Attorney's Office
1290 West Myrtle Street, Suite 500
Boise, ID  83702-7788
christopher.atwood@usdoj.gov

/s/ Paul E. Riggins
Paul E. Riggins

**DECLARATION OF ROB S. LEWIS IN SUPPORT**
**OF MOTION FOR APPOINTMENT OF CO-COUNSEL - 4**