UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ROBERT OSBORN,<br><br>Defendant. | Case No. 1:21-cr-00158-DCN-1<br><br>**ORDER APPOINTING CJA CO-COUNSEL** |

Pending before the Court is Defendant Michael Osborn's Motion for Appointment of Co-Counsel. Dkt. 58. The Court has reviewed both the motion and the declaration in this matter and finds good cause to grant the motion. Accordingly,

IT IS HEREBY ORDERED that Defendant's Motion for Appointment of Co-Counsel (Dkt. 58) is GRANTED. Paul Riggins is appointed as CJA co-counsel in this matter, and can bill at the regular CJA rate. Defense counsel is strongly encouraged to work with Suzanne Morris at the Ninth Circuit to put a budget in place.

DATED: August 9, 2022

_____
David C. Nye
Chief U.S. District Court Judge