# CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: **Michael Robert Osborn** | CASE INFORMATION: |
| JUVENILE: No | RELATED COMPLAINT: No |
| PUBLIC or SEALED: Public | |
| SERVICE TYPE: Notice | CASE NUMBER: **1:21-cr-00158-DCN** |
| (Summons/ Warrant/ Notice) | |
| ISSUE: Yes | County of Offense: **Ada** |
| INTERPRETER: No | |
| If YES, language: | |

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Superseding Indictment**

Felony: **Yes**   Class A Misdemeanor: **No**

Class B or C Misdemeanor: **No**
(Petty Offense)

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 21 U.S.C. § 841(a)(1), (b)(1)(C), and 846 | ONE | Conspiracy to Distribute Controlled Substances | Up to 20 years in prison; up to $1,000,000 fine; at least 3 years of supervised release; $100 special assessment |
| 18 U.S.C. § 1956 | TWO | Conspiracy to Commit Money Laundering | Up to 20 years imprisonment; $500,000 fine or twice the value of the property involved in transaction; up to five years supervised release; $100 Special Assessment |
| 21 U.S.C. § 853 | FORFEITURE ALLEGATION | Drug Forfeiture | Forfeiture Allegation |
| 18 U.S.C. § 982(a)(1) | FORFEITURE ALLEGATION | Money Laundering | Forfeiture Allegation |

Date: 13 September 2022   Assistant U.S. Attorney: CHRISTOPHER S. ATWOOD USA
Telephone No.: (208) 334-1211

U.S. COURTS

SEP 14 2022

Rcvd_____ Filed_____ Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

# CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: **Laura Denise Russell**<br><br>JUVENILE: No<br>PUBLIC or SEALED: Public<br>SERVICE TYPE: Notice<br>(Summons/ Warrant/ Notice)<br>ISSUE: Yes<br>INTERPRETER: No<br>If YES, language: | CASE INFORMATION:<br><br>RELATED COMPLAINT:   No<br><br>CASE NUMBER: **1:21-cr-00158-DCN**<br><br>County of Offense: **Ada** |

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Superseding Indictment**

Felony: **Yes**    Class A Misdemeanor: **No**
Class B or C Misdemeanor: **No**
(Petty Offense)

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 21 U.S.C. § 841(a)(1), (b)(1)(C), and 846 | ONE | Conspiracy to Distribute Controlled Substances | Up to 20 years in prison; up to $1,000,000 fine; at least 3 years of supervised release; $100 special assessment |
| 18 U.S.C. § 1956 | TWO | Conspiracy to Commit Money Laundering | Up to 20 years imprisonment; $500,000 fine or twice the value of the property involved in transaction; up to five years supervised release; $100 Special Assessment |
| 21 U.S.C. § 853 | FORFEITURE ALLEGATION | Drug Forfeiture | Forfeiture Allegation |
| 18 U.S.C. § 982(a)(1) | FORFEITURE ALLEGATION | Money Laundering | Forfeiture Allegation |

Date:   13 September 2022          Assistant U.S. Attorney:   CHRISTOPHER S. ATWOOD  CSA
                                           Telephone No.:   (208) 334-1211

U.S. COURTS

SEP 14 2022
Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

# CRIMINAL COVERSHEET

| DEFENDANT'S NAME: | Troy Thomas Wheeler | CASE INFORMATION: |
|---|---|---|
| JUVENILE: | No | RELATED COMPLAINT: No |
| PUBLIC or SEALED: | Public | CASE NUMBER: 1:21-cr-00158-DCN |
| SERVICE TYPE: (Summons/ Warrant/ Notice) | Notice | |
| ISSUE: | Yes | County of Offense: Ada |
| INTERPRETER: | No | |
| If YES, language: | | |

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Superseding Indictment**

Felony: **Yes**    Class A Misdemeanor: **No**

Class B or C Misdemeanor: **No**
(Petty Offense)

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 21 U.S.C. § 841(a)(1), (b)(1)(C), and 846 | ONE | Conspiracy to Distribute Controlled Substances | Up to 20 years in prison; up to $1,000,000 fine; at least 3 years of supervised release; $100 special assessment |
| 21 U.S.C. § 853 | FORFEITURE ALLEGATION | Drug Forfeiture | Forfeiture Allegation |

Date: 13 September 2022       Assistant U.S. Attorney: CHRISTOPHER S. ATWOOD CSA

Telephone No.: (208) 334-1211

U.S. COURTS

SEP 14 2022

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

# CRIMINAL COVERSHEET

| | |
|---|---|
| **DEFENDANT'S NAME:** Angela Marie Klinkhamer | **CASE INFORMATION:** |
| **JUVENILE:** No | **RELATED COMPLAINT:** No |
| **PUBLIC or SEALED:** Public | **CASE NUMBER:** 1:21-cr-00158-DCN |
| **SERVICE TYPE:** Notice (Summons/ Warrant/ Notice) | |
| **ISSUE:** Yes | **County of Offense:** Ada |
| **INTERPRETER:** No | |
| **If YES, language:** | |

## CRIMINAL CHARGING INFORMATION

**CHARGING DOCUMENT:** Superseding Indictment

**Felony:** Yes   **Class A Misdemeanor:** No
   **Class B or C Misdemeanor:** No
   (Petty Offense)

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 21 U.S.C. § 841(a)(1), (b)(1)(C), and 846 | ONE | Conspiracy to Distribute Controlled Substances | Up to 20 years in prison; up to $1,000,000 fine; at least 3 years of supervised release; $100 special assessment |
| 18 U.S.C. § 1956 | TWO | Conspiracy to Commit Money Laundering | Up to 20 years imprisonment; $500,000 fine or twice the value of the property involved in transaction; up to five years supervised release; $100 Special Assessment |
| 21 U.S.C. § 853 | FORFEITURE ALLEGATION | Drug Forfeiture | Forfeiture Allegation |
| 18 U.S.C. § 982(a)(1) | FORFEITURE ALLEGATION | Money Laundering | Forfeiture Allegation |

Date: 13 September 2022    Assistant U.S. Attorney: CHRISTOPHER S. ATWOOD  CSA
   Telephone No.: (208) 334-1211

**U.S. COURTS**

SEP 14 2022

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO