# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

UNITED STATES OF AMERICA

            Plaintiff.

vs.

**Michael Robert Osborn**

            Defendant(s).

Case No.: **1:21-cr-158-DCN-1**

**N O T I C E**

TAKE NOTICE that **an ARRAIGNMENT on the enclosed Superseding Indictment** for the above-named defendant is set for **9/22/22 at 3:30 pm** in the United States Courthouse, 550 West Fort Street, Boise, Idaho, Fifth Floor, before U.S. Magistrate Judge Grasham.

The United States Attorney's Office has advised the Court that the indictment contains no new counts or substantial amendments to the criminal counts against your client. Only technical or minor changes have been made as it pertains to your client. These amendments do not affect the maximum penalty, or implicate the defendant's right to have an additional thirty (30) days to prepare for trial under 18 U.S.C. §3161(c)(2).

The opportunity is extended to the defendant who has previously appeared in this case and who intends to plead not guilty to this superseding indictment, to enter this plea in writing rather than appearing in open court for arraignment. If the defendant wishes to proceed in this manner, the defendant and attorney shall sign the enclosed Not Guilty Plea form and **shall have it filed with the court no later than 9/20/22**, after which it will be placed in the record.

If the written plea is not filed by the above-mentioned date, it will be deemed that the defendant has not elected this option.  The defendant shall appear at the place and time designated in the first paragraph of this Notice for arraignment on the Superseding Indictment for the purpose of entering an oral plea.

Regardless of the option selected by the defendant to enter a plea on the charges listed in the superseding indictment, the jury trial will remain set **12/12/22 at 1:30 pm before U.S. District Judge Nye.**

DATED:   September 16, 2022

STEPHEN W. KENYON
CLERK OF THE COURT


By:   Kelly Montgomery
       Deputy Clerk

cc:   AUSA
       Defense Atty
       U.S. Marshal
       U.S. Probation

# UNITED STATES DISTRICT COURT

# DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>   Plaintiff.<br>v.<br><br>**Michael Robert Osborn**<br>   Defendant. | Case No.: **1:21-cr-158-DCN-1**<br><br>ACKNOWLEDGMENT AND WRITTEN PLEA OF NOT GUILTY TO SUPERSEDING INDICTMENT |

    I acknowledge that I have received a copy of the Superseding Indictment dated September 16, 2022, and am aware of the charge(s) against me. I have reviewed those charge(s) listed in the Superseding Indictment with counsel.

    I acknowledge that the superseding indictment does not include any new counts or substantial amendments to the criminal counts against me. Only technical or minor changes have been made to the indictment.

    I acknowledge that the changes made in the Superseding Indictment do not affect the maximum penalty, or implicate an additional thirty (30) days to prepare for trial under 18 USC §3161(c)(2).

    I further acknowledge that an arraignment has been set for 9/22/22 at 3:30 p.m. in this matter and that I have a right to appear in open court with my attorney to enter my plea to the charge(s) in the Superseding Indictment.

    I acknowledge that I am required to enter a plea to these charge(s) and elect to file a written plea of not guilty to the count(s) listed in the Superseding Indictment.

    Therefore, my plea to each count charged in the Superseding Indictment is **NOT GUILTY** and, I hereby consent to having my plea entered by the court without my appearance.

I further acknowledge that the conditions of my release previously set remain in effect and I remain bound thereby,

I also acknowledge that my trial on this Superseding Indictment remains **set 12/12/22 at 1:30 pm, before U.S. District Judge Nye.**

DATED:                                                                    _____
                                                                                       Signature of Defendant

                                                                                       _____
                                                                                       Signature of Attorney for Defendant

### ACCEPTANCE OF WRITTEN NOT GUILTY PLEA

The above written Not Guilty Plea of defendant, **Troy Thomas Wheeler,** is hereby accepted by this court and entered into the record.

DATED:                                                                    _____
                                                                                       Signature of U.S. Magistrate Judge

cc:    AUSA
       Defense Attorney
       U.S. Probation
       US Marshal