# UNITED STATES DISTRICT COURT

# DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: **1:21-cr-158-DCN-1** |
| Plaintiff. | ACKNOWLEDGMENT AND WRITTEN PLEA OF NOT GUILTY TO SUPERSEDING INDICTMENT |
| v. | |
| **Michael Robert Osborn** | |
| Defendant. | |

I acknowledge that I have received a copy of the Superseding Indictment dated September 16, 2022, and am aware of the charge(s) against me.  I have reviewed those charge(s) listed in the Superseding Indictment with counsel.

I acknowledge that the superseding indictment does not include any new counts or substantial amendments to the criminal counts against me.  Only technical or minor changes have been made to the indictment.

I acknowledge that the changes made in the Superseding Indictment do not affect the maximum penalty, or implicate an additional thirty (30) days to prepare for trial under 18 USC §3161(c)(2).

I further acknowledge that an arraignment has been set for 9/22/22 at 3:30 p.m. in this matter and that I have a right to appear in open court with my attorney to enter my plea to the charge(s) in the Superseding Indictment.

I acknowledge that I am required to enter a plea to these charge(s) and elect to file a written plea of not guilty to the count(s) listed in the Superseding Indictment.

Therefore, my plea to each count charged in the Superseding Indictment is **NOT GUILTY** and, I hereby consent to having my plea entered by the court without my appearance.

I further acknowledge that the conditions of my release previously set remain in effect and I remain bound thereby,

I also acknowledge that my trial on this Superseding Indictment remains **set 12/12/22 at 1:30 pm, before U.S. District Judge Nye.**


DATED: _____     _____
                                     Signature of Defendant

                           _____
                                     Signature of Attorney for Defendant


## ACCEPTANCE OF WRITTEN NOT GUILTY PLEA

                                     Michael Robert Osborn
The above written Not Guilty Plea of defendant, ~~Troy Thomas Wheeler,~~ is hereby accepted by this court and entered into the record.

DATED: 9/20/2022          _____
                                     Signature of U.S. Magistrate Judge
                                     Debora K. Grasham


cc:    AUSA
       Defense Attorney
       U.S. Probation
       US Marshal