**ROB S. LEWIS**
**ATTORNEY AT LAW**
**913 W. RIVER STREET**
**BOISE, IDAHO 83702**
**P.O. BOX 1061**
**BOISE, IDAHO 83701**
**TELEPHONE (208) 395-0667**
**IDAHO STATE BAR #4848**

**ATTORNEY FOR DEFENDANT OSBORN**

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | **CASE NO. 1: 21-CR-158-DCN** |
| Plaintiff, ) | |
| ) | **UNOPPOSED MOTION TO** |
| vs. ) | **CONTINUE TRIAL** |
| ) | |
| MICHAEL R. OSBORN, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

   COMES NOW, MICHAEL OSBORN, by and through his attorney of record, Rob S. Lewis and hereby motions this Court for an Order continuing the Jury Trial and motion deadline for the Defendant in the above-referenced matter. Jury Trial is currently scheduled to begin on December 12, 2022. This Motion is based upon the following grounds:

1. Discovery in this matter contains approximately 1TB of information. Mr. Riggins was recently appointed as co-counsel and he needs additional time to review the discovery.

2. Mr. Osborn is in custody at the Washington County Jail. His custody status has slowed the discovery review process given some of the discovery is subject to a protective order.

**UNOPPOSED MOTION TO CONTINUE TRIAL - 1**

3. This matter has been continued prior to this request.

4. Mr. Osborn consents to the continuance.

5. The government was contacted, and they do not object to the continuance.

6. As of filing this motion, counsel has not received an objection from any other party representing a co-defendant. Defense counsel respectfully requests a continuance of approximately 110 days from the current trial setting of December 12, 2022.

A continuance of approximately **one hundred ten (110) days** from the present trial setting of December 12, 2022, would be reasonable and necessary, and necessary for counsel to provide constitutionally effective assistance of counsel.

A continuance is warranted under 18 U.S.C. § 3161 (h)(8)(B)(iv) which authorizes a finding of excludable time when the refusal to grant a continuance would "deny counsel for the defendant…. the reasonable time necessary for effective preparation…" Under these circumstances, the interests of justice in allowing the defense time for effective preparation outweighs the Defendant's and the public's interest in a speedy trial under 18 U.S.C. § 3161 (h)(8)(A).

Defendant also request a continuance of the Motions Deadline, on the same grounds as set forth above.

RESPECTFULLY SUBMITTED this 19th day of October 2022.

/s/ Rob S. Lewis
ROB S. LEWIS

**UNOPPOSED MOTION TO CONTINUE TRIAL - 2**

CERTIFICATE OF MAILING

I, Sarah Marx, HEREBY CERTIFY that on the 19th day of October 2022, I caused to be served a true and correct copy of the foregoing by the method indicated below, and addressed to the following:

| | |
|---|---|
| Chris Atwood<br>Assistant United States Attorney<br>1290 W. Myrtle St. Ste. 500<br>Boise, Idaho 83702 | ☐ U.S. Mail<br>☒ ECF Notification<br>☐ Overnight Mail<br>☐ Telecopy (Fax) |

/s/ Rob S. Lewis
ROB S. LEWIS

**UNOPPOSED MOTION TO CONTINUE TRIAL - 3**