ROB S. LEWIS
ATTORNEY AT LAW
913 WEST RIVER
SUITE 430
BOISE, IDAHO 83702
TELEPHONE: (208) 395-0667
IDAHO STATE BAR #4848
OFFICE@ROBLEWISLAW.COM
ATTORNEY FOR DEFENDANT OSBORN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | CASE NO. 1:21-CR-00158-DCN |
| ) | | |
| Plaintiff, ) | | MOTION TO VACATE ORDER |
| ) | | TO REMAIN IN FEDERAL |
| vs. ) | | CUSTODY |
| ) | | |
| MICHAEL R. OSBORN, ) | | |
| ) | | |
| Defendant. ) | | |
| _____ ) | | |

COMES NOW, the above-named defendant, Michael R. Osborn, by and through his attorneys of record, Rob S. Lewis and Paul E. Riggins and hereby moves this Honorable Court to vacate the previous Order requiring the defendant to remain in federal custody. This motion is based on the following grounds:

1. Mr. Osborn has been sentenced to a term of imprisonment by a state court in the State of Idaho. He is not parole eligible until 2032. He is currently not serving that sentence because he is in federal custody.

2. Federal charges are pending against Mr. Osborn as set forth in the Superseding Indictment. Mr. Osborn is in custody due to these charges. Trial is set for June 20, 2023.

3. When Mr. Osborn was originally brought into federal custody, he was housed at the Ada County Jail. He was later transferred to the Jerome County Jail, Elmore County Jail, SEATAC and is now at the Washington County Jail.

4. Mr. Osborn wishes to waive his right to remain in federal custody prior to his trial in federal court.

5. Defense counsel and Mr. Osborn are hopeful if he is allowed to execute such a waiver, he would be housed locally within the Idaho Department of Corrections. Close proximity to Idaho would allow counsel to effectively communicate with Mr. Osborn and prepare for trial. Discovery in this case is voluminous (1 TB), complex, and much of it is subject to a protective order. These factors make review of the discovery very difficult given the Washington County Jail will not allow Mr. Osborn access to a computer to use a compact disc or thumb drive. One the other hand, IDOC would allow Mr. Osborn access to more adequate means to review his discovery.

For these reasons, Mr. Osborn requests this Court vacate the previous Order requiring him to remain in federal custody.

Dated this 9th day December of 2022.

/s/ Rob Lewis
Rob Lewis

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 9, 2022, I filed the foregoing electronically through the CM/ECF system, which caused the parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Chris Atwood
Assistant United States Attorney
1290 W. Myrtle St., Ste. 500
Boise, Idaho 83702

   \_\_\_\_\_ U.S. Mail
   \_\_X\_\_ ECF Notification
   \_\_\_\_\_ Overnight Mail
   \_\_\_\_\_ Facsimile

      /s Rob Lewis
      Rob Lewis