**ROB S. LEWIS**
**ATTORNEY AT LAW**
**913 RIVER ST., STE. 430**
**BOISE, IDAHO 83702**
**P.O. BOX 1061**
**BOISE, IDAHO 83701**
**TELEPHONE (208) 395-0667**
**IDAHO STATE BAR #4848**
office@roblewislaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | Case No. 1:21-CR-158-DCN |
|---|---|
| Plaintiff | |
| vs. | SUPPLEMENTAL FILING IN SUPPORT OF MOTION TO VACATE ORDER TO REMAIN IN FEDERAL CUSTODY (ECF 96) |
| MICHAEL OSBORN | |
| Defendant. | |

COMES NOW, the above-named Defendant, MICHAEL R. OSBORN, by and through his attorneys of record, Rob S. Lewis and Paul E. Riggins and hereby files Mr. Osborn's Waiver of Right to Remain in Federal Custody.

Dated this 28th day of December 2022.

*/s/ Rob S. Lewis*
Rob S. Lewis

**SUPPLEMENTAL FILING IN SUPPORT OF MOTION TO VACATE ORDER TO REMAIN IN FEDERAL CUSTODY (ECF 96) - Page 1**

CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of December 2022, I filed the foregoing document via the Court's CM/ECF electronic filing system, which automatically served a Notice of Electronic Filing to:

Christopher Atwood

United States Attorney's Office

1290 West Myrtle Street, Suite 500
Boise, ID  83702-7788
 kate.horwitz@usdoj.gov

            <u>/s/Rob S. Lewis</u>
            Rob S. Lewis
            Attorney at Law

**SUPPLEMENTAL FILING IN SUPPORT OF MOTION TO VACATE ORDER TO REMAIN IN FEDERAL CUSTODY (ECF 96) - Page 2**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>Michael Robert Osborn,<br><br>    Defendant. | Case No. CR 1:21-cr-158-DCN<br><br>DEFENDANT'S WAIVER OF RIGHT TO REMAIN IN FEDERAL CUSTODY PRIOR TO TRIAL IN FEDERAL COURT |

    The defendant in the above-entitled action has been sentenced to serve a term of imprisonment by a state court in the State of Idaho. The defendant is serving that sentence at this time.

    Federal charges are pending against the defendant as set forth in the Indictment filed in this matter and the defendant is currently in the temporary custody of the United States due to these criminal charges.

    In the event a trial or other disposition is not had on these federal criminal charges prior to the defendant's return to state custody, the charges must be dismissed with prejudice pursuant to Article IV(e) of the Interstate Agreement on Detainers Act (18 U.S.C. App. 2).

    I, the defendant in the above-captioned case, have been advised of my right under Article IV(e) to remain in federal custody pending disposition of the charges in this case, including the

right to have these charges dismissed with prejudice should I be returned to my place of imprisonment in the State of Idaho.

I understand these rights, and I hereby waive these rights and request to be returned to state custody.

I further understand that by so agreeing, and waiving these rights, I may be returned to my original place of imprisonment as necessary, and the Indictment currently pending in the United States District Court for the District of Idaho will not be dismissed.

_____
Defendant

Date: 12/13/2022

_____
Attorney for Defendant

Date: 12/13/22