UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>MICHAEL OSBORN,<br><br>                    Defendant. | Case No. 1:21-cr-00158-DCN-1<br><br>**ORDER** |

    Pending before the Court is Defendant Michael Osborn's Motion to Vacate Order to Remain in Federal Custody. Dkt. 96. Along with this motion, Osborn filed a Supplemental Filing in Support of Motion to Vacate Order to Remain in Federal Custody. (Dkt. 98) which contained a Waiver of Right to Remain in Federal Custody. The Court has reviewed the all the documents before it and finds good cause to grant the Motion. Accordingly,

    IT IS HEREBY ORDERED that Defendant's Motion (Dkt. 96) is GRANTED. The Defendant shall be returned to the custody of the State of Idaho.

DATED: February 2, 2023

_____
David C. Nye
Chief U.S. District Court Judge

ORDER - 1