JOSHUA D. HURWIT, IDAHO STATE BAR NO. 9527
UNITED STATES ATTORNEY
CHRISTOPHER S. ATWOOD, IDAHO STATE BAR NO. 7013
ERIN C. BLACKADAR, IDAHO STATE BAR NO. 8996
ASSISTANT UNITED STATES ATTORNEYS
DISTRICT OF IDAHO
1290 W. MYRTLE ST. SUITE 500
BOISE, ID 83702-7788
TELEPHONE: (208) 334-1211

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00158-DCN |
| Plaintiff, | |
| vs. | **GOVERNMENT'S NOTICE OF INTENT TO INTRODUCE CERTIFIED RECORDS UNDER FEDERAL RULE OF EVIDENCE 902(11) AND 902(13)** |
| MICHAEL ROBERT OSBORN, LAURA DENISE RUSSELL, TROY THOMAS WHEELER, and ANGELA MARIE KLINKHAMER, | |
| Defendants. | |

The United States of America, by and through Joshua D. Hurwit, United States Attorney, and the undersigned Assistant United States Attorneys for the District of Idaho, hereby gives notice that it intends to introduce certified records of regularly conducted activity pursuant to Fed. R. Evid. 803(6) and Fed. R. Evid. 902(11); and certified records generated by an electronic process or system pursuant to Fed. R. Evid. 803(6) and Fed. R. Evid. 902(13). The Government has disclosed the underlying records and certifications. Said records and certifications are also available for inspection by the Defendants.

GOVERNMENT'S NOTICE OF INTENT TO INTRODUCE SELF AUTHENTICATING
CERTIFIED RECORDS - 1

Specifically, the Government gives notice that it intends to introduce the following:

| Description of Records | BegDoc | EndDoc | Certification |
|---|---|---|---|
| Idaho State Tax | KLINKHAMER_000015 | KLINKHAMER_000015 | KLINKHAMER_000015 |
| Idaho State Tax | KLINKHAMER_000204 | KLINKHAMER_000228 | KLINKHAMER_000228 |
| Idaho State Tax | KLINKHAMER_001879 | KLINKHAMER_001929 | KLINKHAMER_013196 |
| Idaho State Tax | KLINKHAMER_001939 | KLINKHAMER_001952 | KLINKHAMER_000228 |
| Idaho Central Credit Union | KLINKHAMER_000016 | KLINKHAMER_000202 | KLINKHAMER_000017 |
| Idaho Central Credit Union | KLINKHAMER_001783 | KLINKHAMER_001810 | KLINKHAMER_001784 |
| ICCU | KLINKHAMER_001515 | KLINKHAMER_001534 | KLINKHAMER_001516 |
| AT&T | KLINKHAMER_007296 | KLINKHAMER_007355 | KLINKHAMER_007296 |
| AT&T | KLINKHAMER_000756 | KLINKHAMER_000760 | KLINKHAMER_000759 |
| AT&T | KLINKHAMER_000511 | KLINKHAMER_000514 | KLINKHAMER_000511 |
| Viable Solutions | KLINKHAMER_001811 | KLINKHAMER_001878 | KLINKHAMER_001812 |
| Viable Solutions | KLINKHAMER_002039 | KLINKHAMER_002279 | KLINKHAMER_002039 |
| Square | KLINKHAMER_001930 | KLINKHAMER_001933 | KLINKHAMER_001931 |
| Square | KLINKHAMER_005816 | KLINKHAMER_007155 | KLINKHAMER_005817 |
| Square | KLINKHAMER_007455 | KLINKHAMER_007460 | KLINKHAMER_007457 |
| Kraken Payward | KLINKHAMER_002475 | KLINKHAMER_005496 | KLINKHAMER_002475 |
| Coinsource | KLINKHAMER_001953 | KLINKHAMER_002038 | KLINKHAMER_007787 |
| Signgo | KLINKHAMER_007453 | KLINKHAMER_007454 | KLINKHAMER_007453.03 |
| Coinbase | KLINKHAMER_007452 | KLINKHAMER_007452 | KLINKHAMER_013198 |
| Coinbase | KLINKHAMER_001378 | KLINKHAMER_001382 | KLINKHAMER_013198 |
| FatBeam | KLINKHAMER_007157 | KLINKHAMER_007164 | KLINKHAMER_007161 |
| Facebook identifier 1532706393 | KLINKHAMER_007165 | KLINKHAMER_007166 | KLINKHAMER_007165 |
| Facebook identifier 100000627075971 | KLINKHAMER_007167 | KLINKHAMER_007168 | KLINKHAMER_007167 |
| Facebook identifier 100038306956787 | KLINKHAMER_007169 | KLINKHAMER_007170 | KLINKHAMER_007169 |
| Facebook identifier | KLINKHAMER_007171 | KLINKHAMER_007172 | KLINKHAMER_007171 |

| | | | |
|---|---|---|---|
| 10006385535 1079 | | | |
| Facebook identifier 10004404183 4038 | KLINKHAMER_007173 | KLINKHAMER_007174 | KLINKHAMER_007173 |
| Facebook identifier 10000461431 7847 | KLINKHAMER_007781 | KLINKHAMER_007783 | KLINKHAMER_007781 |
| Facebook identifier 10003708990 1425 | KLINKHAMER_007784 | KLINKHAMER_007786 | KLINKHAMER_007784 |
| Google | KLINKHAMER_007175 | KLINKHAMER_007205 | KLINKHAMER_007177 |
| Google | 4RIGBY2013_000001 HANNAHG2484_000001 MISTERCRIMINAL208_000001 ROMELLOSANTORO_000001 TEWEELOOK_000001 TJKR78_000001 TOPSHELFLIFE208_000001 AMKLINKHAMER78_000001 MIKELROSE530_000001 LDRUSSEL57_000001 | 4RIGBY2013_000233 HANNAHG2484_000344 MISTERCRIMINAL208_000212 ROMELLOSANTORO_006881 TEWEELOOK_007579 TJKR78_011096 TOPSHELFLIFE208_000199 AMKLINKHAMER78_090295 MIKELROSE530_000478 LDRUSSEL57_068890 | KLINKHAMER_007789 |
| T-Mobile | KLINKHAMER_000332 | KLINKHAMER_000333 | KLINKHAMER_000332 |
| T-Mobile | KLINKHAMER_000731 | KLINKHAMER_000732 | KLINKHAMER_000731 |
| T-Mobile | KLINKHAMER_000804 | KLINKHAMER_000806 | KLINKHAMER_000804 |
| T-Mobile | KLINKHAMER_000788 | KLINKHAMER_000789 | KLINKHAMER_000788 |
| Chime | KLINKHAMER_001398 | KLINKHAMER_001408 | KLINKHAMER_001398 |
| Chime | KLINKHAMER_001583 | KLINKHAMER_001592 | KLINKHAMER_001583 |

The Government reserves the right to supplement this notice.

Respectfully submitted this 12th day of April, 2023.

> JOSHUA D. HURWIT
> UNITED STATES ATTORNEY
> By:
>
> */s/ Christopher S. Atwood*
>
> _____
>
> CHRISTOPHER S. ATWOOD
> ASSISTANT U.S. ATTORNEY
>
> */s/ Erin C. Blackadar*
>
> _____
>
> ERIN C. BLACKADAR
> ASSISTANT U.S. ATTORNEY

GOVERNMENT'S NOTICE OF INTENT TO INTRODUCE SELF AUTHENTICATING CERTIFIED RECORDS - 4