IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>MICHAEL ROBERT OSBORN, | Case No.: 1:21-cr-00158-DCN<br><br>**AMENDED APPLICATION FOR WRIT OF HABEAS CORPUS** |

The undersigned Assistant United States Attorney for the District of Idaho hereby makes application to the Court for the issuance of a Writ of Habeas Corpus:

(✓) ad Prosequendum     ( ) ad Testificandum

Name of Detainee: Michael Robert Osborn, IDOC #69712

Custodian: Idaho Department of Corrections c/o Idaho State Correctional Institution
13500 S. Pleasant Valley Rd., Kuna, ID 83634

Detainee is:  (✓) charged in this District by Indictment
or
( ) is a witness not otherwise available by the ordinary process of the Court.

Appearance is necessary on:  April 26, 2023, at 1:00 p.m. courtroom 7 in Boise.

Before: The Honorable Raymond E. Patricco, Chief U.S. Magistrate Judge
(Judicial Officer)

Dated: April 18, 2023

*/s/ Christopher S. Atwood*
CHRISTOPHER S. ATWOOD
Assistant United States Attorney

Writ of Habeas Corpus

(✓) ad Prosequendum     ( ) ad Testificandum

The application is GRANTED and the above-named custodian, as well as the U.S. Marshal Service for this district, is hereby ORDERED to produce the named detainee on the date and time listed above, and for any further proceedings to be held in this cause. At the conclusion of these proceedings, the U.S. Marshal Service shall return the detainee to the above-named custodian.

Dated:  April 18, 2023

The Honorable Raymond E. Patricco
Chief United States Magistrate Judge