CRIMINAL PROCEEDINGS – Change of Plea

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge: U.S. Magistrate Judge Raymond E. Patricco, Jr.  Date: April 26, 2023
Courtroom Deputy/ESR: Jackie H.  Time: 1:00 pm -1:32 pm
Location: Boise, ID

UNITED STATES OF AMERICA vs. MICHAEL ROBERT OSBORN
Case No. 1:21-cr-00158-DCN-1

Counsel for the United States: AUSA Erin Blackadar
Counsel for the Defendant: Rob Lewis and Paul Riggins, CJA Counsel

☒ Court summarized the plea agreement; defense counsel concurred with summary.
☒ Defendant placed under oath.
☒ Waiver of Right to District Judge executed.
☒ Defendant found competent to enter a knowing and voluntary plea.
☒ Defendant is satisfied with representation of counsel.
☒ Defendant's Constitutional Rights explained.
☒ Defendant advised of maximum penalties for Count One.
- Maximum of 20 years of imprisonment
- To be followed by at least 3 years of supervised release;
- A $1,000,000 fine; and
- A special assessment of $100

☒ Defendant advised of maximum penalties for Count Two.
- Maximum of 20 years of imprisonment
- To be followed by up to 5 years of supervised release;
- A $500,000 fine or twice the value of the property involved in the money laundering transactions; and
- A special assessment of $100

☒ Defendant advised of sentencing determination.
☒ Government stated for the record the elements and evidence of the charge(s).
☒ Defendant agrees with the elements of the charge(s) as stated by the Government.
☒ Plea Agreement discussed and Defendant understands the terms of the agreement.
☒ Defendant and counsel advised the change of plea is voluntary, all potential defenses have been discussed and Defendant fully understand the rights which are being waived.
☒ Defendant entered a plea of guilty to Count One and Count Two of the Superseding Indictment and admit the asset forfeiture allegation.
☒ Plea accepted by the Court.

**Sentencing set before Chief District Judge David C. Nye on August 15, 2023 at 10 a.m. in Courtroom 2**

Court ordered a presentence investigation report.
    Draft Report will be due to Counsel: July 4, 2023
    Notification of Objections: July 18, 2023
    Final Report Due: August 1, 2023

☒Report and Recommendation shall be entered.

☒Defendant's custody status remains as previously ordered.

Any motions for departure, sentencing memorandums or letters in support must be filed 7 days prior to the sentencing hearing. Sentencing hearing is scheduled for 1 hour.