IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>MICHAEL OSBORN  )<br>  )<br>Defendant, _____ ) | CR. 21-158-DCN<br><br>WAIVER OF RIGHT TO HAVE<br>DISTRICT JUDGE TAKE PLEA |

I am a named defendant in this criminal case. I understand that I have a right to have a District Court Judge take my change of plea in this case. I understand that if I waive that right, my change of plea will be heard by a United States Magistrate Judge who will submit a Report and Recommendation to the District Court Judge concerning whether my change of plea and any plea agreement should be accepted by the Court as in compliance with Federal Rule of Criminal Procedure 11. The District Court Judge will then determine whether to accept the Report and Recommendation. Having discussed this with my attorney, I hereby waive my right to have a District Court Judge take my change of plea in this case, and I consent to the procedure set forth above, and do so by signing my name below.

**Dated:**

_____                         _____
DEFENDANT                                                              DEFENSE COUNSEL