**Rob S. Lewis  ISB #4848**
**Attorney at Law**
**913 W. River Street, Ste. 430**
**Boise, ID 83702**
**Phone:  (208) 395-0667**
**Email: office@roblewislaw.com**

**Paul E. Riggins. ISB. #5303**
**Attorney at Law**
**380 S. 4th Street, Suite 102**
**Boise, ID  83702**
**Phone: (208) 344-4152**
**Email:  rigginslaw@gmail.com**

Attorneys For Defendant MICHAEL ROBERT OSBORN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No.  1:21-cr-00158-DCN |
| ) | |
| v.          ) | MOTION TO RESCHEDULE |
| ) | SENTENCING HEARING |
| MICHAEL ROBERT OSBORN,    ) | |
| ) | |
| Defendant.    ) | |
| _____ ) | |

      Defendant Michael Robert Osborn, by and through his attorney of record, Paul E. Riggins, of Riggins Law P.A., hereby motions this court for its Order rescheduling the Sentencing Hearing in the matter.  The Sentencing Hearing is currently scheduled for August 15, 2023, at 10:00 a.m.  This Motion is based upon the following grounds:

**MOTION TO RESCHEDULE SENTENCING HEARING  - 1**

1. The undersigned counsel will be out of state for a pre-planned, pre-paid vacation on this date.

2. Defense counsel has contacted and discussed this matter with Assistant United States Attorney, Christopher Atwood, counsel for the Plaintiff. The Government has no objection to this requested rescheduling of the Sentencing Hearing.

3. Counsel is <u>not</u> requesting an extension of time; rather, he is requesting a change in the hearing from the week of 14th-18th to a different week, based on Counsel's vacation plans.

Respectfully submitted this 22nd day of May, 2023.

      /s/ Paul E. Riggins
Paul E. Riggins,
Co-Counsel for Michael Robert Osborn

## CERTIFICATE OF SERVICE

I CERTIFY that on the 22nd day of May, 2023, I filed the foregoing document utilizing the Court's ECF electronic filing system, which sends a notice of electronic filing to:

Christopher Atwood
Office of the United States Attorney
1290 West Myrtle Street, Suite 500
Boise, ID 83702
christopher.atwood@usdoj.gov

      /s/ Paul E. Riggins
Paul E. Riggins