IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>MICHAEL ROBERT OSBORN | Case No.: 1:21-cr-00158-DCN<br><br>**APPLICATION FOR WRIT OF HABEAS CORPUS** |

The undersigned Assistant United States Attorney for the District of Idaho hereby makes application to the Court for the issuance of a Writ of Habeas Corpus:

(✓) ad Prosequendum            ( ) ad Testificandum

Name of Detainee: Michael Robert Osborn, IDOC #69712

Custodian: Idaho Department of Corrections c/o Idaho State Correctional Institution
              13500 S. Pleasant Valley Rd., Kuna, ID 83634

Detainee is:  (✓) charged in this District by Indictment
                   or
              ( ) is a witness not otherwise available by the ordinary process of the Court.

Appearance is necessary on:   September 12, 2023 at 10:00 a.m., Courtroom 1
                              United States Courthouse in Boise, Idaho

                Before:  U.S. District Judge David C. Nye
                         (Judicial Officer)

Dated: August 23, 2023                    /s/ Christopher S. Atwood
                                          CHRISTOPHER S. ATWOOD
                                          Assistant United States Attorney

Writ of Habeas Corpus

(✓) ad Prosequendum            ( ) ad Testificandum

The application is GRANTED and the above-named custodian, as well as the U.S. Marshal for this district, is hereby ORDERED to produce the named detainee on the date and time listed above, and for any further proceedings to be held in this cause. At the conclusion of these proceedings, the U.S. Marshal shall return the detainee to the above-named custodian.

Dated: August 23, 2023                    _____
                                          The Honorable David C. Nye
                                          U.S. District Judge