**Rob S. Lewis  ISB #4848**
**Attorney at Law**
**913 W. River Street, Ste. 430**
**Boise, ID 83702**
**Phone:  (208) 395-0667**
**Email: office@roblewislaw.com**

**Paul E. Riggins. ISB. #5303**
**Attorney at Law**
**PO Box 653**
**Marsing ID 83639**
**Phone: (208) 426-9906**
**Email:  rigginslaw@gmail.com**

Attorneys For Defendant MICHAEL ROBERT OSBORN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No.  1:21-cr-00158-DCN |
| ) | |
| v. ) | MOTION TO CONTINUE |
| ) | SENTENCING HEARING |
| MICHAEL ROBERT OSBORN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

      Defendant Michael Robert Osborn, through his attorneys of record, Rob S. Lewis and Paul E. Riggins, CJA appointed counsel, hereby motions this court for its Order vacating and rescheduling the Sentencing Hearing in the matter.  The Sentencing Hearing is currently scheduled for September 12, 2023.  This Motion is based upon the following grounds:

MOTION TO CONTINUE SENTENCING HEARING  - 1

1. The defense is attempting to gather certain records via subpoena from the Idaho Department of Corrections but has encountered numerous delays in obtaining said records. The defense asserts that those records may support a motion for variance and/or downward departure which could substantially affect Mr. Osborn's sentence and due process rights.

2. Counsel requests an extension of 60 days from the currently-scheduled date.

3. Defense counsel has contacted Assistant United States Attorney, Christopher Atwood, counsel for the Plaintiff. The Government has no objection to this requested continuance of the Sentencing Hearing.

4. Counsel asserts that this delay is necessary to adequately and effectively represent Mr. Osborn, is brought in good faith, and is not brought for any improper purpose or to unnecessarily delay proceedings.

Respectfully submitted this 30th day of August, 2023.

    /s/ Paul E. Riggins
Paul E. Riggins,
Co-Counsel for Michael Robert Osborn

## **CERTIFICATE OF SERVICE**

     I CERTIFY that on the 30th day of August, 2023, I filed the foregoing document utilizing the Court's ECF electronic filing system, which sends a notice of electronic filing to:

Christopher Atwood
Office of the United States Attorney
1290 West Myrtle Street, Suite 500
Boise, ID 83702
christopher.atwood@usdoj.gov

                                        /s/ Paul E. Riggins
                                        Paul E. Riggins